

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 22, 2025

Via ECF
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**, pg. 2.

Re:  *The New York Times Co. et al. v. Bureau of Alcohol, Tobacco, Firearms and Explosives et al.*, 25 Civ. 6096 (ER)

Dear Judge Ramos:

This Office represents Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and Federal Bureau of Investigation ("FBI"; together with ATF, "Defendants") in this action pursuant to the Freedom of Information Act ("FOIA") brought by plaintiffs The New York Times Company and Steve Eder (together, "Plaintiffs") regarding five separate FOIA requests that Plaintiffs submitted to ATF and FBI.

I write respectfully on behalf of all parties in advance of the initial conference scheduled for September 24, 2025, at 11:00 a.m. *See* Dkt. No. 10.

The parties do not anticipate the need for discovery or a case management plan in this matter. *See* Local Civil Rule 16.1 (providing that FOIA cases are "exempted from the mandatory scheduling order required by Fed. R. Civ. P. 16(b)" and that "[d]iscovery may proceed in those cases only at the time, and to the extent, authorized by the court"). Rather, we expect that this case, like most FOIA matters, will be resolved either consensually by the parties or through motions for summary judgment without discovery. *See Wood v. FBI*, 432 F.3d 78, 85 (2d Cir. 2005); *Carney v. U.S. Dep't of Justice*, 19 F.3d 807, 812 (2d Cir. 1994).

Accordingly, the parties respectfully request that they be relieved of the requirement to provide a proposed Civil Case Discovery Plan and Scheduling Order. *See* Dkt. No. 10.

ATF and FBI recently determined that the investigations that were the basis for their withholdings of certain potentially responsive information have now been closed. As a result, Defendants are withdrawing their prior invocations of FOIA exemption 7(A), 5 U.S.C. § 552(b)(7)(A), and need additional time to search for and propose a schedule to process any potentially responsive records located.

...

Accordingly, the parties respectfully propose that they be permitted to submit a joint status report by **October 22, 2025**, to provide an update on the status of Defendants' search for records that may be responsive to Plaintiffs' FOIA requests.

If the Court adopts this proposal, the parties respectfully submit that the initial conference scheduled for September 24, 2025, may be adjourned *sine die*. (The parties are, of course, happy to attend the conference if the Court would prefer to hold it.)

I have conferred with counsel for Plaintiffs, who join in this proposal. Thank you for your consideration of this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:   /s/ Samuel Dolinger
SAMUEL DOLINGER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2677
samuel.dolinger@usdoj.gov

cc: Counsel of record (via ECF)

---

The initial conference schedule for September 24 is canceled and the parties will not be required to submit a case management plan. The parties are directed to submit a status report by October 10, 2025.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 9/23/2025
New York, New York