

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

November 26, 2025

<u>Via ECF</u>
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:  *The New York Times Co. et al. v. Bureau of Alcohol, Tobacco, Firearms and Explosives et al.*, 25 Civ. 6096 (ER)

Dear Judge Ramos:

      This Office represents Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and Federal Bureau of Investigation ("FBI"; together with ATF, "Defendants") in this action pursuant to the Freedom of Information Act ("FOIA") brought by plaintiffs The New York Times Company and Steve Eder (together, "Plaintiffs") regarding five separate FOIA requests that Plaintiffs submitted to ATF and FBI.

      I write respectfully on behalf of all parties to provide a joint status report, as directed by the Court's order dated November 25, 2025.  *See* Dkt. No. 15.

      **ATF:** ATF has completed its search for records responsive to the FOIA requests and is in the process of reviewing those records for production of nonexempt material.  Some material has been sent for consultation with another component, which will need to be completed before ATF can issue a response.  ATF intends to issue an initial response to the requests by December 19, 2025, and to issue a second (and likely final) response by January 26, 2026, subject to the need for consultations with external components or agencies.

      **FBI:** The FBI's search for records responsive to the requests is complete, and the FBI is currently importing files to its review platform.  Based on an initial review, FBI has identified approximately 45,000 pages of potentially responsive records, which will first be reviewed for responsiveness and to remove duplicative records.  Due to the volume of records and length of time this process will require, as well as the backlog following the government shutdown, FBI intends to make an initial production by January 26, 2026.  In the next joint status report, as proposed to be filed on December 23, 2025, FBI will provide any updates to the approximate page count of potentially responsive records and a proposed timeline for further productions.

      The parties respectfully propose to provide the Court with a further joint status report by **December 23, 2025**, to provide an update on the status of Defendants' search for and review of records that may be responsive to Plaintiffs' FOIA requests.

The parties thank the Court for its attention to this matter.

                    Respectfully submitted,

                    JAY CLAYTON
                    United States Attorney

By:   /s/ Samuel Dolinger
       SAMUEL DOLINGER
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Tel.: (212) 637-2677
       samuel.dolinger@usdoj.gov

cc: Counsel of record (via ECF)