

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

December 23, 2025

<u>Via ECF</u>
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:  *The New York Times Co. et al. v. Bureau of Alcohol, Tobacco, Firearms and Explosives et al.*, 25 Civ. 6096 (ER)

Dear Judge Ramos:

      This Office represents Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and Federal Bureau of Investigation ("FBI"; together with ATF, "Defendants") in this action pursuant to the Freedom of Information Act ("FOIA") brought by plaintiffs The New York Times Company and Steve Eder (together, "Plaintiffs") regarding five separate FOIA requests that Plaintiffs submitted to ATF and FBI.

      I write respectfully on behalf of all parties to provide a joint status report, as proposed in the parties' prior status report dated November 26, 2025.  *See* Dkt. No. 16.

      **ATF:**  As anticipated in the November 2025 joint status report, ATF issued a response to the requests on December 19, 2025.[1]  In that response, ATF reported that it had reviewed 85 pages of responsive records and an audio recording, of which 35 pages were released in full or in part, and 46 pages and the audio recording were withheld in full.  ATF also removed 4 duplicate pages.  While ATF initially planned to issue a second response by January 26, 2026, ATF was able to complete processing ahead of schedule.  At this time, ATF has completed processing records in response to the requests at issue.  The parties are now conferring about withholdings and redactions in ATF's production.

      **FBI:**  At present, FBI has located approximately 50,000 pages of potentially responsive records.  As stated in the prior status report, FBI still intends to make an initial production by January 26, 2026, and intends to make rolling monthly releases thereafter.

      The parties respectfully propose to provide the Court with a further joint status report by **February 3, 2026**, to provide an update on the status of Defendants' review of records that may be responsive to Plaintiffs' FOIA requests.

---

[1] For technical reasons, the response did not reach Plaintiffs on December 19, but it was successfully re-sent on December 22.

The parties thank the Court for its attention to this matter.

          Respectfully submitted,

          JAY CLAYTON
          United States Attorney

By:   /s/ Samuel Dolinger
      SAMUEL DOLINGER
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Tel.: (212) 637-2677
      samuel.dolinger@usdoj.gov

cc: Counsel of record (via ECF)