

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

# MEMO ENDORSED

February 3, 2026

Via ECF
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The request is granted.  The parties are directed to file a joint status report by April 3, 2026.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: February 4, 2026
> New York, New York

 Re: *The New York Times Co. et al. v. Bureau of Alcohol, Tobacco, Firearms and Explosives et al.*, 25 Civ. 6096 (ER)

Dear Judge Ramos:

 This Office represents Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and Federal Bureau of Investigation ("FBI"; together with ATF, "Defendants") in this action pursuant to the Freedom of Information Act ("FOIA") brought by plaintiffs The New York Times Company and Steve Eder (together, "Plaintiffs") regarding five separate FOIA requests that Plaintiffs submitted to ATF and FBI.

 I write respectfully on behalf of all parties to provide a joint status report, as directed by the Court's order dated December 29, 2025.  *See* Dkt. No. 18.

 **ATF:** As noted in the December 2025 joint status report, ATF completed its processing of responsive records in its response issued on December 19, 2025.  Since that time, the parties have been conferring about withholdings and redactions in ATF's production.  ATF provided Plaintiffs with certain information about the records withheld in full.  Last week, Plaintiffs posed certain questions about a subset of the withheld records, to which ATF responded.  The parties anticipate continuing to confer regarding those records in an attempt to resolve or narrow the issues in dispute.

 **FBI:** As anticipated in the December 2025 joint status report, FBI issued an initial response dated January 26, 2026.[1]  In that response, FBI noted that it had reviewed 255 pages, of which 37 pages were released with redactions pursuant to FOIA exemptions under 5 U.S.C. § 552(b).  The remaining pages were either referred to other agencies or components, or withheld in full pursuant to FOIA exemptions.  FBI intends to continue reviewing the potentially responsive materials it has located on a rolling basis and to make releases by the end of each month.  The parties are conferring about FBI's processing rate and whether the responsive records can be narrowed or prioritized, and may request a status conference with the Court in the coming weeks if they cannot reach agreement.

---

[1] Due to weather-related FBI office closures on January 26 and 27, the production was mailed to Plaintiffs via FedEx on January 28.

The parties respectfully propose to provide the Court with a further joint status report by **April 3, 2026**, to provide an update on the status of Defendants' review of records that may be responsive to Plaintiffs' FOIA requests.

The parties thank the Court for its attention to this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    /s/ Samuel Dolinger
SAMUEL DOLINGER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2677
samuel.dolinger@usdoj.gov

cc: Counsel of record (via ECF)