**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

# MEMO ENDORSED

April 3, 2026

The request is granted. The parties are directed to file a joint status report by June 2, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: April 6, 2026
New York, New York

Via ECF
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *The New York Times Co. et al. v. Bureau of Alcohol, Tobacco, Firearms and Explosives et al.*, 25 Civ. 6096 (ER)

Dear Judge Ramos:

This Office represents Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and Federal Bureau of Investigation ("FBI"; together with ATF, "Defendants") in this action pursuant to the Freedom of Information Act ("FOIA") brought by plaintiffs The New York Times Company and Steve Eder (together, "Plaintiffs") regarding five separate FOIA requests that Plaintiffs submitted to ATF and FBI.

I write respectfully on behalf of all parties to provide a joint status report, as directed by the Court's order dated February 4, 2026. *See* Dkt. No. 20.

**FBI:** Since the last joint status report, FBI issued two responses dated February 27, 2026, and March 31, 2026. In the February response, FBI noted that it had reviewed 250 pages, of which 53 pages were released with redactions pursuant to FOIA exemptions under 5 U.S.C. § 552(b). The remaining pages were either referred to other agencies or components, or withheld in full pursuant to FOIA exemptions. In the March response, FBI noted that it had reviewed 256 pages, of which 22 pages were released with redactions pursuant to FOIA exemptions. The remaining pages were either referred to other agencies or components, or withheld in full pursuant to FOIA exemptions. FBI intends to continue reviewing the potentially responsive materials it has located on a rolling basis and to make releases by the end of each month.

Additionally, the parties have continued conferring about (1) whether the records responsive to the FOIA requests to FBI can be narrowed, with the aim of reducing the overall volume of records to be processed, and (2) FBI's processing rate. If the parties cannot reach agreement on these matters, they may request a status conference with the Court.

**ATF:** As noted in the last status report, ATF has completed its processing and has responded to a set of questions posed by Plaintiffs regarding ATF's response.

The parties respectfully propose to provide the Court with a further joint status report by **June 2, 2026**, to provide an update on the status of Defendants' review of records that may be responsive to Plaintiffs' FOIA requests.

The parties thank the Court for its attention to this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/ Samuel Dolinger
SAMUEL DOLINGER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2677
samuel.dolinger@usdoj.gov

cc: Counsel of record (via ECF)