

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

# MEMO ENDORSED

Via ECF

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

June 2, 2026

| The request is granted. The parties are directed to file a joint status update by August 3, 2026. |
| --- |

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: June 3, 2026
New York, New York

Re:   *The New York Times Co. et al. v. Bureau of Alcohol, Tobacco, Firearms and Explosives et al.*, 25 Civ. 6096 (ER)

Dear Judge Ramos:

This Office represents Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and Federal Bureau of Investigation ("FBI"; together with ATF, "Defendants") in this action pursuant to the Freedom of Information Act ("FOIA") brought by plaintiffs The New York Times Company and Steve Eder (together, "Plaintiffs") regarding five separate FOIA requests that Plaintiffs submitted to ATF and FBI.

I write respectfully on behalf of all parties to provide a joint status report, as directed by the Court's order dated April 6, 2026. *See* Dkt. No. 22.

**FBI:** Since the last joint status report, FBI issued two responses dated April 30, 2026 and May 29, 2026. In the April response, FBI noted that it had reviewed 250 pages, of which 48 pages were released with redactions pursuant to FOIA exemptions under 5 U.S.C. § 552(b). The remaining pages were either referred to other agencies or components, or withheld in full pursuant to FOIA exemptions. In the May response, FBI noted that it had reviewed 251 pages, of which 37 pages were released with redactions pursuant to FOIA exemptions. In addition to the 251 pages reviewed, this response included 7 pages that were previously consulted to other government agencies. The remaining pages were withheld in full pursuant to FOIA exemptions. FBI intends to continue reviewing the potentially responsive materials it has located on a rolling basis and to make releases by the end of each month.

Additionally, the parties have continued conferring about (1) whether the records responsive to the FOIA requests to FBI can be narrowed, with the aim of reducing the overall volume of records to be processed, and (2) FBI's processing rate. If the parties cannot reach agreement on these matters, they may request a status conference with the Court.

**ATF:** As noted in the last status report, ATF has completed its processing and has responded to a set of questions posed by Plaintiffs regarding ATF's response. The parties are discussing whether any disputes exist regarding ATF's response.

The parties respectfully propose to provide the Court with a further joint status report by **August 3, 2026**, to provide an update on the status of Defendants' review of records that may be responsive to Plaintiffs' FOIA requests.

The parties thank the Court for its attention to this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    /s/ *Dana Walsh Kumar*
DANA WALSH KUMAR
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2641
Dana.walsh.kumar@usdoj.gov

cc: Counsel of record (via ECF)