**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 3, 2026

**MEMO ENDORSED**
at page 2

Via ECF
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *The New York Times Co. et al. v. Bureau of Alcohol, Tobacco, Firearms and Explosives et al.*, 25 Civ. 6096 (ER)

Dear Judge Ramos:

This Office represents Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and Federal Bureau of Investigation ("FBI"; together with ATF, "Defendants") in this action pursuant to the Freedom of Information Act ("FOIA") brought by plaintiffs The New York Times Company and Steve Eder (together, "Plaintiffs") regarding five separate FOIA requests that Plaintiffs submitted to ATF and FBI.

I write respectfully on behalf of all parties to provide a joint status report, as directed by the Court's order dated June 3, 2026. *See* Dkt. No. 27.

**FBI:** Since the last joint status report, FBI issued two responses dated June 30, 2026 and July 31, 2026. In the June response, FBI noted that it had reviewed 252 pages, of which 0 pages were released as they were withheld pursuant to FOIA exemptions. FBI included in the release one page that was reprocessed to reflect a discretionary disclosure. In the July response, FBI noted that it had reviewed 264 pages, of which 254 pages were released with redactions pursuant to FOIA exemptions. The remaining 10 pages were duplicates or withheld in full pursuant to FOIA exemptions. FBI intends to continue reviewing the potentially responsive materials it has located on a rolling basis and to make releases by the end of each month.

Additionally, the parties have continued conferring about (1) whether the records to be considered responsive to the FOIA requests to FBI can be narrowed, with the aim of reducing the overall volume of records to be processed, and (2) FBI's processing rate. The parties are engaged in productive discussions on the former issue. But, because the parties have not reached agreement on the FBI's processing rate after attempting to for several months, Plaintiffs intend to challenge FBI's current processing rate. The parties believe that this issue can be decided by the parties submitting three-page letters and accompanying declarations, if necessary, and respectfully propose that the Court impose the following schedule:

- Deadline for Plaintiffs' letter motion challenging the FBI's processing rate: August 17, 2026

- Deadline for the Government's response: August 31, 2026

**ATF:** As noted in the last status report, ATF has completed its processing and has responded to a set of questions posed by Plaintiffs regarding ATF's response. Plaintiffs reserve the right to challenge ATF's search or withholdings.

The parties respectfully propose to provide the Court with a further joint status report by **October 2, 2026**.

The parties thank the Court for its attention to this matter.

The requests are granted. Plaintiffs are directed to file their letter motion challenging the FBI's processing rate by August 17, 2026. The government's letter motion in response is due August 31, 2026. The parties' letter motions may not exceed three pages. The parties are further directed to provide a joint status report by October 2, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: August 4, 2026
New York, New York

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/ *Dana Walsh Kumar*

DANA WALSH KUMAR
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2641
Dana.walsh.kumar@usdoj.gov

cc: Counsel of record (via ECF)